UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMISI X. SPEARS,<br><br>    Petitioner,<br><br>  v.<br><br>M. EVANS,<br><br>    Respondent.<br>_____ / | No. C 09-2816 SI (PR)<br><br>**JUDGMENT** |

The petition for writ of habeas corpus is denied. Judgment is hereby entered in favor of respondent.

**IT IS SO ORDERED AND ADJUDGED**.

DATED: May 28, 2010

                                        SUSAN ILLSTON
                                 United States District Judge